IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                           Case No. 4:16-cr-00061-03 KGB

CINDY TATE                                                                      DEFENDANT

## AMENDMENT TO JUDGMENT AND COMMITMENT ORDER

Pending is a joint motion to correct or reduce sentence pursuant to Rule 35(A) of the Federal Rules of Civil Procedure (Dkt. No. 41).

For good cause shown, the motion is granted and the Judgment and Commitment Order entered in this matter on October 3, 2016 (Dkt. No. 47), is hereby amended to reflect the following:

1. The defendant Cindy Tate is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 51 months.

All other conditions set forth in the original Judgment and Commitment Order (Dkt. No. 47) remain in full force and effect.

It is so ordered this 6th day of October, 2016.

_____
Kristine G. Baker
United States District Judge